**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Brandywine Communications
Technologies, LLC</u>

   v.                                  Civil No. 13-cv-017-LM

<u>G4 Communications Corporation</u>

**<u>O R D E R</u>**

On July 2, 2013, the court heard oral argument on a motion to stay filed by plaintiff Brandywine Communications Technologies, LLC ("Brandywine"), document no. 26. The court issued its ruling orally from the bench. This order briefly summarizes that ruling.

The motion to stay is granted in part and denied in part. The motion is denied to the extent that G4 Communications Corporation ("G4") may brief, on an expedited basis, its licensing defense arising under the RPX Licensing Agreement (doc. no. 32-2). Brandywine shall have fourteen days from the date that G4 files its brief to file a response. The briefs shall be no longer than twenty pages.

Additionally, Brandywine is ordered, on or before July 9, 2013, to respond to G4's inquiries to Brandywine's counsel, Lei Sun, Esq., on June 13, 2013 (by telephone) and June 27, 2013 (by letter), seeking information about the basis (independent of the

parties' settlement discussions) of Brandywine's knowledge of G4's allegedly patent-infringing equipment.

With the exception of the limited briefing the court is permitting on G4's licensing defense, as detailed above, the motion to stay is granted.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

July 3, 2013

cc: Timothy Devlin, Esq.
Brian D. Gross, Esq.
Jamie N. Hage, Esq.
Anthony L. Miele, Esq.
A. Robert Ruesch, Esq.
Timothy R. Shannon, Esq.
Lei Sun, Esq.