UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> G4 COMMUNICATIONS CORPORATION, <br><br> Defendant. | Civil Action No. 1:13-cv-00017-LM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties in the above-captioned matter stipulate and agree that the above-captioned litigation, with all claims and counterclaims, is hereby dismissed with prejudice.

Respectfully submitted,

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

By its attorneys,

/s/ Timothy Devlin
FARNEY DANIELS PC
1220 North Market St., Suite 850
Wilmington, DE 19806
Tel: (302) 300-4626
tdevlin@farneydaniels.com

Dated:  July 29, 2013

Respectfully submitted,

G4 COMMUNICATIONS CORPORATION

By its attorneys,

/s/ Timothy R. Shannon
Timothy R. Shannon, *pro hac vice*
A. Robert Ruesch
VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
 Tel: (207) 774-4000
tshannon@verrilldana.com

**CERTIFICATE OF SERVICE**

     I, Timothy R. Shannon, hereby certify that on July 29, 2013, I caused a true and accurate copy of this document to be served on counsel for the plaintiff:

Lei Sun, Esq. (by ECF)
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Tel: (512) 582-2827
lsun@farneydaniels.com

Timothy Devlin, Esq. (by ECF)
FARNEY DANIELS PC
1220 North Market St., Suite 850
Wilmington, DE 19806
Tel: (302) 300-4626
tdevlin@farneydaniels.com

Brian D. Gross, Esq. (by ECF)
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Tel:  (617) 737-3100
bgross@cmjlaw.com

Anthony L. Miele, Esq. (by ECF)
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Tel:  (617) 737-3100
amiele@cmjlaw.com

Jamie N. Hage, Esq. (by email)
HAGE HODES, PA
1855 Elm. St.
Manchester, NH 03104
Tel: (603) 668-2222
jhage@hagehodes.com

                                                     /s/  Timothy Shannon

4570702